ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 9 2005

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| TAMMY SANDERS | ) | |
| | ) | |
| v. | ) | 3:05-CV-1061-N |
| | ) | |
| YALL POLICEMAN, ET AL | ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 29 day of July, 2005.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE